CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/30/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

REGINALD C.,[1]

    *Plaintiff*,

v.

ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,

    *Defendant*.

CASE NO. 6:19-cv-48

ORDER

JUDGE NORMAN K. MOON

    This matter is before the Court on the parties' cross motions for summary judgment (Dkts. 12, 15), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (Dkt. 18, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. The parties filed cross motions for summary judgment, and on November 13, 2020, Judge Ballou filed a Report recommending that Reginald C.'s Motion for Summary Judgment, (Dkt. 12), be denied and the Commissioner's Motion for Summary Judgment, (Dkt. 15), be granted. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

    Accordingly:

    1. The Report of November 13, 2020, is hereby **ADOPTED** in its entirety;

    2. Plaintiff's Motion for Summary Judgment, (Dkt. 12), is hereby **DENIED**; and

    3. Defendant's Motion for Summary Judgment, (Dkt. 15), is hereby **GRANTED**.

---

[1] This Court adopts the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.

The Clerk of the Court is hereby directed to send a copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so **ORDERED**.

Entered this 30th day of November, 2020.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE